# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| NANCY LICH ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. 1:11-cv-00940-SEB-DML |
| ) | |
| BUTLER UNIVERSITY ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal with prejudice of all claims in this action, each party to bear her or its own attorneys' fees and costs.

Respectfully submitted,

| BIESECKER, DUTKANYCH & MACER, LLC | FAEGRE BAKER DANIELS LLP |
|---|---|
| By: _s/Andrew Dutkanych III_<br>Andrew Dutkanych III (#23551-49)<br>411 Main Street<br>Evansville, IN 47708<br>Telephone: (812) 424-1002<br>Facsimile: (812) 424-1005<br>ad@bdlegal.com | By: _s/Edward E. Hollis_<br>Edward E. Hollis (#19402-49)<br>Toni M. Everton (#23916-49)<br>300 North Meridian Street, Suite 2700<br>Indianapolis, IN 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: edward.hollis@FaegreBD.com<br>       toni.everton@FaegreBD.com |
| Attorneys for Plaintiff, Nancy Lich | Attorneys for Defendant, Butler University |